1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Erick C. Turner, CSB #236186
5

6  Attorneys for defendant
   T. DICKINSON
7

8

9 **IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**
10

11 ORLANDO MARTIN,                          )   CASE NO: 2:05CV 557 DFL JFM P
                                            )
12           Plaintiff,                     )
                                            )
13 v.                                       )
                                            )   **STIPULATION FOR DISMISSAL
14 ALVARO TRAQUINA, RANDALL D.              )   OF DEFENDANT T. DICKINSON**
   OSBORN, DWAYNE HIGHSMITH, YIN            )
15 DeCHANT, B. NAKU, G. TOPPENBERG,         )
   T. DICKINSON,                            )
16                                          )
             Defendants.                    )
17 _____  )

18 /////

19 /////

20 /////

21 /////

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2 their designated counsel that defendant T. DICKINSON be, and hereby is, dismissed with
3 prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear
4 its own costs and attorneys' fees.

5 Dated: 11/9/05    /s/ ORLANDO MARTIN original signature retained by attorney
                              ORLANDO MARTIN, plaintiff, pro per

8 Dated: 11/18/05                    WILLIAMS & ASSOCIATES

                              By:/s/ KATHLEEN J. WILLIAMS
10                               KATHLEEN J. WILLIAMS, CSB 127021
                                 Attorneys for defendant T. DICKINSON

13 Dated: 11/16/05         CALIFORNIA STATE ATTORNEY GENERAL

15            /s/ STERLING SMITH original signature retained by attorney
                   STERLING SMITH, CSB 84287
16                 Attorneys for defendants TRAQUINA,
                   OSBORN, HIGHSMITH, DeCHANT and NAKU

18 IT IS SO ORDERED.
19 Dated: January 12, 2006.

                              UNITED STATES MAGISTRATE JUDGE

/mart0557.dmd