BILL LOCKYER
Attorney General of the State of California
DARRYL L. DOKE
Lead Supervising Deputy Attorney General
STERLING A. SMITH, State Bar No. 84287
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-0378
 Fax:  (916) 322-8288

Attorneys for Defendants Alvaro C. Traquina, Randall
D. Osborn, Dwayne Highsmith, Yin DeChant, and
Dr. B. Naku

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO MARTIN,<br><br>          Plaintiff,<br><br>   v.<br><br>ALVARO C. TRAQUINA, et al.,<br><br>         Defendants. | CASE NO. CIV S-05-0557 DFL JFM P<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS DWAYNE HIGHSMITH AND DR. B. NAKU; ORDER THEREON** |

///

///

///

///

///

///

///

///

///

///

1   IT IS HEREBY STIPULATED by and between the parties to this action through their

2   designated counsel that defendants DWAYNE HIGHSMITH and DR. B. NAKU be, and hereby

3   are, dismissed with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1), each

4   side to bear its own costs and attorneys' fees.

5                                                              /s/ Orlando Martin

6   Dated:                                          _____
                                                                ORLANDO MARTIN, plaintiff, pro per
7

8

9   Dated:                                          WILLIAMS & ASSOCIATES
10

11                                                                /s/ Kathleen J. Williams
                                                      By:_____
12                                                              KATHLEEN J. WILLIAMS, CSB 127021
                                                                Attorneys for defendant T. DICKINSON
13

14

15  Dated:                                          CALIFORNIA STATE ATTORNEY GENERAL
16
                                                                /s/ Sterling Smith
17
                                                      By:_____
18                                                              STERLING SMITH, CSB 84287
                                                                Attorneys for defendants ALVARO
19                                                              TRAQUINA, RANDALL OSBORN,
                                                                YIN DeCHANT, and B. NAKU
20

21

22      IT IS SO ORDERED.

23  DATED: 1/13/2006

24

25

26                                                    _____
                                                                DAVID F. LEVI
27                                                              United States District Judge

28

STIPULATION FOR DISMISSAL OF HIGHSMITH AND NAKU

2

1   05cv557.o.113.wpd.wpd

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF HIGHSMITH AND NAKU