IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

        Plaintiff,                No. CIV S-05-0557 DFL JFM P

   vs.

ALVARO C. TRAQUINA, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.  On March 10, 2006, plaintiff filed a document styled "Objection to Defendants Reply to Second Amended Complaint & Request for Qualified Immunity."  The court construes this document as a reply to defendants' answers to plaintiff's second amended complaint.

        Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

/////

1  Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants'
2  answer and declines to make such an order.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 10, 2006
4  "Objection to Defendants Reply to Second Amended Compliant & Request for Qualified
5  Immunity" shall be disregarded.
6  DATED: May 24, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

12
mart0557.77e