BILL LOCKYER
Attorney General of the State of California
THOMAS D. MCCRACKIN
Supervising Deputy Attorney General
JOHN M. FESER, JR., State Bar No. 209736
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5118
 Fax: (916) 322-8288
 Email: John.Feser@doj.ca.gov

Attorneys for Defendants Alvaro C. Traquina, M.D.,
Randall Osborn and Yen C. Dechant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO MARTIN,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALVARO C. TRAQUINA, et al.,<br><br>　　　　　　　Defendants. | CIV S-05-0557 DFL JFM P<br><br>**ORDER RE: EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** |

   Defendants' request for an extension of time to file a pretrial motion was duly filed with the Court pursuant to Local Rule 78-230(m). After reviewing the request and the evidence offered in support thereof and good cause appearing, IT IS HEREBY ORDERED that

   1.   Defendants' request is GRANTED;

   2.   Pretrial motions shall be filed within 30 days of the service of this Order.

   IT IS SO ORDERED.

Dated: August 22, 2006.

                    _____
                    UNITED STATES MAGISTRATE JUDGE

/mart0557.ext

**ORDER RE REQUEST FOR EXTENSION OF TIME**
1