1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ORLANDO MARTIN,

11              Plaintiff,                    No. CIV S-05-0557 DFL JFM P

12        vs.

13   ALVARO C. TRAQUINA, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action pursuant to 42 U.S.C. § 1983.  Due to the pendency of defendants' September 21,

18   2006 motions for summary judgment, and good cause appearing, IT IS HEREBY ORDERED

19   that:

20              1.  The parties are relieved of the obligation to file pretrial statements until further

21   order of court;

22              2.  The pretrial conference set for December 8, 2006 before the undersigned is

23   vacated;

24              3.  The jury trial set for February 26, 2007 before the Honorable David F. Levis is

25   vacated; and

26   /////

1

1          4.  All dates vacated by this order will be reset, as appropriate, following

2    disposition of defendants' motions for summary judgment.

3    DATED:  November 29, 2006.

4

5

_____
UNITED STATES MAGISTRATE JUDGE

6

7    12

8    mart0557.vac

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26