IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

        Plaintiff,                           No. CIV S-05-0557 ALA P

    vs.

ALVARO C. TRAQUINA, et al.,

        Defendants.                ORDER

                                    /

        Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Plaintiff has requested that the court take judicial notice of the power of attorney signed by Plaintiff in favor of Mr. Charles G. Reece a fellow inmate. Plaintiff requests that under the executed power of attorney, Mr. Reece be allowed to represent Plaintiff in these proceedings.

        "While a non-attorney may appear pro se on his own behalf, '[h]e has no authority to appear as an attorney for others than himself.'" *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) (quoting *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir.1987). Plaintiff has not provided any evidence that Mr. Reece is a licensed attorney. As such, Mr. Reece may not represent Plaintiff in this matter.

/////

////

1

1    Therefore, IT IS HEREBY ORDERED that Plaintiff's June 30, 2006, and September 24,
2 2007, requests that Mr. Reece be allowed to represent Plaintiff are DENIED.
3 /////
4 DATED: September 27, 2007

                                /s/ Arthur L. Alarcón
                                UNITED STATES CIRCUIT JUDGE
                                Sitting by Designation