IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                    No. CIV S-05-0557 ALA P

   vs.

ALVARO C. TRAQUINA, et al.,

      Defendants.            <u>ORDER</u>

                              /

      Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Defendant Traquina has filed a request to continue the trial date as well as a motion for an extension of time to file a dispositive motion.

/////

      Good cause appearing, IT IS HEREBY ORDERED that:

          1. Defendant's October 1, 2007 motion to continue the trial is granted;

          2. This matter is now set for jury trial before the Honorable Arthur L. Alarcón on January 23, 2008 at 9:00 a.m. in a courtroom to be determined;

          3. Defendant's October 1, 2007 motion for an extension of time to file a dispositive motion is granted;

          4. Defendant shall file his dispositive motion within twenty-eight (28) days of the

1

1 date of this order; and

2      5. Plaintiff shall file his response, if any, within fourteen (14) days of the filing of
3 defendant's dispositive motion.

4 /////

5 DATED: October 3, 2007

7        /s/ Arthur L. Alarcón
       UNITED STATES CIRCUIT JUDGE
8        Sitting by Designation