IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                      No. CIV S-05-0557 ALA P

  vs.

ALVARO C. TRAQUINA, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. On October 30, 2007, Defendant Traquina filed a motion for summary judgment. On November 15, 2007, Plaintiff filed his opposition. The court now orders Defendant Traquina to respond to Plaintiff's filing.

      Therefore, IT IS HEREBY ORDERED that Defendant file a response to Plaintiff's November 15, 2007, filing within thirty-five (35) days of the date of this order.

/////

DATED: November 21, 2007

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation

1