# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

       Plaintiff,                    No. CIV S 05-0557 ALA

vs.

ALVARO C. TRAQUINA, et al.,      **TRIAL CONFIRMATION HEARING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM VIA VIDEO CONFERENCING**

       Defendants.

/

      ORLANDO MARTIN, inmate # T-69444, a necessary and material witness in proceedings in this case on January 8, 2008, is confined in California State Prison Solano, 2100 Peabody Road, PO Box 4000, Vacaville, CA 95696-4000, in the custody of Warden D.K. Sisto; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Arthur Alarcón, to appear by video-conferencing at on January 8, 2008, at 2:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden D.K. Sisto, California State Prison Solano, 2100 Peabody Road, PO Box 4000, Vacaville, CA 95696-4000:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 18, 2007

                                                            Arthur L. Alarcón
                                                            UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation