IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                         No. CIV S-05-0557 ALA P

     vs.

ALVARO C. TRAQUINA, et al.,

      Defendants.               <u>ORDER</u>

_____/

     Plaintiff Orlando Martin is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. On December 26, 2007, this court granted Defendant ninety days to conduct discovery and one hundred and twenty days to file a dispositive motion. On January 2, 2008, Plaintiff filed a request for subpoena forms and a request for a settlement conference. Those requests are moot in light of the court's December 26, 2007, order.

     Therefore, IT IS HEREBY ORDERED that Plaintiff's January 2, 2008, requests for subpoena forms and a settlement conference are denied as moot.

/////

DATED: January 4, 2008

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation