IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                      No. CIV S-05-00557 ALA P

      vs.

ALVARO C. TRAQUINA, et al.,

      Defendants.           ORDER

_____/

      The parties are hereby notified that the previous trial date of June 19, 2008, is hereby vacated. Trial will now be set to begin June 17, 2008, at 9 am before the Honorable Arthur L. Alarcón in a courtroom to be determined.

      **It is so ordered.**

/////

DATED: March 3, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation