IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

        Plaintiff,                     Case No. 2:05-cv-00557 ALA (PC)

    vs.

ALVARO C. TRAQUINA, et al.,

        Defendants.             ORDER

        On April 22, 2008, Defendant Alvaro Traquina filed a Motion for Summary Judgment (Doc. 93). IT IS HEREBY ORDERED that:

    1. Plaintiff shall file an opposition to Defendant Traquina's Motion for Summary Judgment by May 22, 2008.

    2. Defendant Traquina shall file a reply to Plaintiff's opposition to the Motion for Summary Judgment by May 29, 2008.

///

DATED: April 24, 2008

                                                     /s/ Arthur L. Alarcón

                                                     UNITED STATES CIRCUIT JUDGE

                                                     Sitting by Designation

1