## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

        Plaintiff,                      Case No. 2:05-cv-0557 ALA (P)

vs.

ALVARO C. TRAQUINA, et al.,        **TRIAL CONFIRMATION HEARING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM VIA TELECONFERENCE CALL**

        Defendants.

       ORLANDO MARTIN, inmate # T-69444, a necessary and material witness in proceedings in this case on June 6, 2008, is confined in California State Prison Solano, 2100 Peabody Road, PO Box 4000, Vacaville, CA 95696-4000, in the custody of Warden D.K. Sisto; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Arthur Alarcón, to participate in a teleconference call on June 6, 2008, at 11:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden D.K. Sisto, California State Prison Solano, 2100 Peabody Road, PO Box 4000, Vacaville, CA 95696-4000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 2, 2008

                                                       Arthur L. Alarcón
                                                     UNITED STATES CIRCUIT JUDGE
                                                     Sitting by Designation