IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

    Plaintiff,               No. 2:05-cv-00557 ALA (PC)

    vs.

ALVARO C. TRAQUINA, et al.,

    Defendants.         ORDER
_____/

    The trial confirmation hearing for this matter is scheduled for June 6, 2008, at 11:00 a.m., via teleconference. (Doc. No. 91). IT IS HEREBY ORDERED that Counsel for Defendant shall make arrangements with a conference call entity for the conference call, and provide the telephone number and pin to Plaintiff, the Warden of the prison in which Plaintiff is incarcerated, and to the Court no later than May 23, 2008.

DATED: May 2, 2008

                /s/ Arthur L. Alarcón
                UNITED STATES CIRCUIT JUDGE
                Sitting by Designation