UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

        Plaintiff,                  No. CIV S-05-0557 ALA (PC)

vs.

ALVARO C. TRAQUINA, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                                                 /        **AD TESTIFICANDUM**

        Alvaro C. Traquina, inmate # T-69444, a necessary and material witness in proceedings in this case on June 12, 2008, is confined in California State Prison at Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA  95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 25, United States Courthouse, 501 I Street, Sacramento, California on June 12, 2008, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;  and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden D.K. Sisto, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA  95696:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 15, 2008.

                                                    /s/ Edmund F. Brennan
                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE