IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                         Case No. 2:05-cv-00557 ALA (P)

    vs.

ALVARO C. TRAQUINA, et al.,

      Defendants.                  <u>INFORMATIONAL ORDER</u>

On May 13, 2008, Plaintiff filed a request for subpoena forms and assistance from the Court to calculate witness fees for the two witnesses, Dr. Chin and Dr. Highsmith, that he intends to call at trial. (Doc. No. 107).

Pursuant to 28 U.S.C. § 1821(b):

> A witness shall be paid an attendance fee of $40 per day for each day's attendance. A witness shall also be paid the attendance fee for the time necessarily occupied in going to and returning from the place of attendance at the beginning and end of such attendance or at any time during such attendance.

In addition to the daily witness fee of $40.00, the witness is entitled to travel expenses calculated at 50.5 cents per mile for the mileage to and from the courthouse. 28 U.S.C. § 1821(c)(2).

The trial is estimated to last three days, therefore, the witness fee for each witness is $120.00. In addition, Dr. Chin's travel expenses for the mileage incurred to and from his office

in Napa, California, to the courthouse in Sacramento, California (110 miles) are calculated to be $55.55 per day, for a total of $166.65 for the estimated three days of travel.  Dr. Highsmith's travel expenses for the mileage incurred to and from his office in Vacaville, California to the courthouse in Sacramento, California (62 miles) are calculated to be $31.31 per day, for a total of $93.93 for the estimated three days of travel.  Therefore, if Mr. Martin chooses to subpoena these two individuals, a money order in the amount of $286.65 payable to Dr. Chin needs to accompany his subpoena, and money order in the amount of $213.93 payable to Dr. Highsmith needs to accompany his subpoena.

The Clerk of the Court was directed on May 8, 2008, to provide Mr. Martin with blank subpoena forms.

/////

DATED: May 16, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation