IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                    Case No. 2:05-cv-00557 ALA (PC)

      vs.

ALVARO C. TRAQUINA,

      Defendant.                <u>ORDER</u>

      Defendant requested that the June 13, 2008, Trial Confirmation Hearing be rescheduled due the unavailability of counsel (Doc. No. 112).  This is request is granted.  Since a trial confirmation hearing is optional, and since the trial in this matter is set for June 17, 2008, the Court will not reschedule the trial confirmation hearing unless the Court is notified by either party that such a hearing would be fruitful.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  The June 13, 2008, Trial Confirmation Hearing is hereby VACATED.  The parties have up to and including May 29, 2008, to notify the Court if a trial confirmation hearing would be fruitful and should be rescheduled.

      2.  The "Trial Confirmation Hearing Order & Writ of Habeas Corpus Ad Testificandum Via Teleconference Call" filed on May 2, 2008 (Doc. No. 102), for Plaintiff Orlando, inmate #

1

T-69444, which was continued to June 13, 2008 at 10:00 a.m. (Doc. No. 109), is hereby VACATED.

///

DATED: May 22, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation