IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                    Case No. 2:05-cv-00557 ALA (P)

      vs.

ALVARO C. TRAQUINA,

      Defendant.                <u>ORDER</u>

      On May 27, 2008, Defendant Doctor Alvaro Traquina requested that the Court vacate the settlement conference set for June 12, 2008.[1] (Doc. No.116). Dr. Traquina argues that there is good cause to vacate the Order for a settlement conference because Dr. Traquina has a pending motion for summary judgment. Dr. Traquina also contends that "[b]ased on the grounds, facts and arguments set forth in defendant's summary judgment motion, defendant believes that a settlement conference would not be worthwhile for the parties or the Court, even in the event defendant's motion is denied." *Id.*

      Rule 16(a)(5) of the Federal Rules of Civil Procedure provides that "the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for

---

[1] Attendance at the settlement conference is Dr. Traquina's only objection to the Pretrial Order.

1

1  such purposes as . . . facilitating settlement." "A settlement conference shall be held in all cases
2  unless otherwise ordered by the Court on objection of a party or for other good cause." E.D. Cal.
3  Local Rule 16-270(a). In the May 14, 2008 order, the Court notified the parties that it will
4  decide the pending motion for summary judgment "after the settlement conference, but prior to
5  the date scheduled for trial." (Doc. No. 108).
6       Accordingly, it is hereby ORDERED that Dr. Traquina's request to vacate the settlement
7  conference is DENIED.
8  ///
9  DATED: May 29, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation