IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,    Case No. 2:05-cv-00557 ALA (P)

  vs.

ALVARO C. TRAQUINA

      Defendant.    <u>ORDER</u>

_____/

      Defendant's motion for summary judgment was granted (Doc. No. 120). It is therefore hereby ORDERED that:

1.    The jury trial set for June 17, 2008, is CANCELED.

2.    The "Writ of Habeas Corpus Ad Testificandum" for Plaintiff Orlando, inmate # T-69444, (Doc. No. 101) to appear on June 17, 2008, is VACATED. The Clerk of the Court is directed to serve a courtesy copy of this order on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671, and Warden D.K. Sisto of the California State Prison Solano, 2100 Peabody Road, PO Box 4000, Vacaville, California, 95696.

///

DATED: June 12, 2008

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation