IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

    Plaintiff,                       Case No. 2:05-cv-00557 ALA (PC)

vs.

ALVARO C. TRAQUINA, et al.,

    Defendants.                   <u>ORDER</u>

_____/

       On June 13, 2008, judgment for Defendants was entered in this case. (Doc. No. 125). On June 18, 2008, Plaintiff filed a "Motion to Accept Offer at Settlement Conference." (Doc. No. 126). Plaintiff directed the document to Magistrate Judge Edmund F. Brennan who oversaw the settlement conference. IT IS HEREBY ORDERED that Plaintiff's motion is DENIED as moot.

///

DATED: June 25, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation